*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
HITESMAN, GASTON, and KOVAC,
Appellate Military Judges

_____

**UNITED STATES**
Appellee

**v.**

**Emmanuel R. RIVAS**
Lance Corporal (E-3), U.S. Marine Corps
Appellant

**No. 201900162**

Decided: 30 October 2019.

Appeal from the United States Navy-Marine Corps Trial Judiciary. Military Judge: Major Terrence J. Reese, USMC. Sentence adjudged 26 March 2019 by a special court-martial convened at Marine Corps Base Camp Lejeune, North Carolina, consisting of a military judge sitting alone. Sentence approved by the convening authority: reduction to E-1, confinement for 150 days, and a bad-conduct discharge.

For Appellant: Commander C. Eric Roper, JAGC, USN.

For Appellee: Brian K. Keller, Esq.

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to the appellant's substantial rights occurred. Articles 59 and 66, UCMJ, 10 U.S.C. §§ 859, 866.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court